IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROBERT MARTIN** **PLAINTIFF**

v.   No. 3:20-CV-264-DMB-RP

**RUREDY808, L.L.C., et al.** **DEFENDANTS**

Consolidated with

**UNITED STATES OF AMERICA** **PLAINTIFF**

v.   No. 3:21-CV-192-SA-JMV

**RUREDY808, LLC, et al.** **DEFENDANTS**

## ORDER CONSOLIDATING CASES

The plaintiff in civil action No. 3:20-CV-264-DMB-RP, Robert Martin, has filed an unopposed motion to consolidate said action with a related action brought against the same defendants by the United States of America, civil action number 3:21-cv-192-SA-JMV, in which action the United States has docketed a notice indicating that it has no objection to the requested consolidation. Federal Rule of Civil Procedure 42(a) provides that "actions before the court [which] involve a common question of law or fact . . . may [be] consolidate[d]."

Each case contains allegations of similar violations with commons facts to those raised in the other case. In both complaints, the plaintiffs seek injunctive relief for alleged violations of the Fair Housing Act, 42 U.S.C. § 3601, *et seq*. The United States brought the related case pursuant to 42 U.S.C. § 3612(o),[1] alleging the same factual allegations against the same defendants as Mr. Martin. The cases involve the same defendants, facts, and causes of action, and will undoubtedly result in

---

[1] If a complainant under the Fair Housing Act elects to bring the claims in a civil action rather than have the claim heard by an administrative law judge, the Attorney General may commence a civil action on behalf of the aggrieved person. Such is the case here.

the same witnesses and discovery. A review of the cases makes clear that consolidation is warranted in the interest of judicial economy.

For these reasons, plaintiff's motion to consolidate is GRANTED. Accordingly, Civil action number 3:20-cv-264-DMB-RP, styled as *Robert Martin v. RUREDY808, L.L.C., et al.*, is hereby consolidated for all purposes, including trial, with civil action number 3:21-cv-192-SA-JMV, styled as *United States of America v. Ruredy808, LLC, et al.* Civil action number 3:20-cv-264-DMB-RP is designated as the lead case.

The participants and counsel are directed to indicate in the caption of all documents filed with the court both the lead case number and the consolidated case number in the same manner as indicated in the caption of this order. Counsel for all parties are directed to docket and file all documents in the lead case unless directed otherwise. Documents may be filed in both cases so long as counsel places the words "FILED IN ALL CASES" in the caption under the last case number and electronically files the document in each and every case which the document is to be filed or appropriately spreads the filing according to the court's electronic case management and filing system. Counsel are responsible for accurately and correctly following these requirements in all filings via the court's electronic case management system.

**SO ORDERED**, this the 14th day of October, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE