IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROBERT MARTIN**     **PLAINTIFF**

**V.**     **NO. 3:20-CV-264-DMB-RP**

**RUREDY808, L.L.C. and**
**FRANK SAVAGE**     **DEFENDANTS**

**consolidated with**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**V.**     **NO. 3:21-CV-192-DMB-RP**

**RUREDY808, L.L.C.;**
**FRANK SAVAGE**     **DEFENDANTS**

## ORDER

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 14th day of December, 2021.

                                       /s/Debra M. Brown
                                       **UNITED STATES DISTRICT JUDGE**