IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| ROBERT MARTIN | PLAINTIFF |
| VS. | CAUSE NO. 3:20-CV264-MPM-RP |
| RUREDY808, L.L.C. AND FRANK SAVAGE | DEFENDANTS |

**consolidated with**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CAUSE NO. 3:21-CV-192-MPM-RP |
| RUREDY 808, L.L.C. AND FRANK SAVAGE | DEFENDANTS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on an Agreed Order of Dismissal with Prejudice presented by the Plaintiff Robert Martin and Defendants Ruredy808, LLC and Frank Savage, and the Court, having been advised this matter has been resolved by the parties and the settlement is complete, finds that this cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED that all claims and counterclaims between Plaintiff Robert Martin and Defendants Ruredy808, LLC and Frank Savage in civil action number 3:20-cv-264-MPM-RP are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

SO ORDERED this 7th day of September, 2023.

/s/
UNITED STATES DISTRICT JUDGE

AGREED BY:

/s/Jordan B. Hughes
Jordan B. Hughes (MS Bar No. 1014476)
Attorney for Plaintiff Robert Martin

/s/Mark N. Halbert
Mark N. Halbert (MS Bar No. 100048)
Attorney for Defendants Ruredy 808, LLC and Frank Savage